**No. 50782.**—Protests 46414–K, etc., of Joseph Horne Co. (Pittsburgh).

Opinion by EKWALL, J.  In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.  (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.)  In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries.  The protests were sustained to this extent.

**No. 50783.**—Protests 52994–K, etc., of Thomas Wilson & Co. (New York).

Opinion by EKWALL, J.  In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.  (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.)  In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries.  The protests were sustained to this extent.

**No. 50784.**—Protests 56706–K, etc., of A. W. Fenton Co., Inc. (Cleveland).

Opinion by EKWALL, J.  In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.  (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.)  In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries.  The protests were sustained to this extent.

**No. 50785.**—Protests 57271–K, etc., of S. P. Skinner Co., Inc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

**No. 50786.**—Protests 63041–K, etc., of Fashion Park, Inc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

DECEMBER 27, 1945

**No. 50787.**— SUIT 4502.— *United States* v. *Good Neighbor Imports, Inc.* C. D. 892 reversed. C. A. D. 321.

**No. 50788.**—SUIT 4510.— *United States* v. *N. Wagman & Co.* C. D. 913 reversed. C. A. D. 320.

**No. 50789.**— SUIT 4528.— *United States* v. *New York Merchandise Co., Inc.* C. D. 945. (Appeal dismissed November 1, 1945.)

BEFORE THE THIRD DIVISION, JANUARY 4, 1946

**No. 50790.**—Protests 89264–K, etc., of Mottahedeh & Sons et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50791.**—Protests 97124–K, etc., of D. Costalos (New York).